UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                          CASE NO. 16-12366

EL RANCHO OF KALAMAZOO          Chapter 11
LIMITED PARTNERSHIP

    Debtor.

## EMERGENCY MOTION FOR USE OF CASH COLLATERAL

COMES NOW, El Rancho of Kalamazoo Limited Partnership, Debtor and Debtor-in-Possession, by counsel, and files its Emergency Motion for Use of Cash Collateral pursuant to Bankruptcy Code § 363(c)(2)(B)(3) and Bankruptcy Rule 4001(b) and states:

1.    El Rancho of Kalamazoo Limited Partnership filed for relief under chapter 11 of the United States Bankruptcy Code on November 10, 2016. It is organized in the state of Indiana and operates a mobile home and RV park in Valparaiso, Indiana.

2.    El Rancho of Kalamazoo Limited Partnership was formed in 2002. The Debtor currently leases three (3) employees.

3.    El Rancho of Kalamazoo Limited Partnership is indebted to PCI Meadowview LLC as assignee of Park Capital Investments, LLC ("PCI") in the approximate amount of $3,556,770.00. PCI asserts a mortgage on the real estate owned by the Debtor including all rents and proceeds thereof.

4.    Debtor believes the value of assets subject to PCI's security interest is less than PCI's claim. Debtor believes the value of PCI's security interest is approximately $2,875,000.00.

5.    There is an immediate need for the Debtor to use cash collateral in the operation of its business including funds presently held in deposit accounts in order to pay its employees

{31303/000/00563609-1 SMB}

and to preserve the value of the ongoing business.

6.      Attached hereto as **Exhibit A** is an Emergency Budget prepared by the Debtor. The expenses shown therein are the expenditures for which El Rancho of Kalamazoo Limited Partnership requires use of cash collateral on an immediate basis to maintain and preserve its business operations.

7.      The use of cash collateral beyond the period of the projection in the attached **Exhibit A** going forward will be set forth in an Operating Budget which Debtor is presently completing.  The Operating Budget will provide for payment of leased employees and expenses for the continuing operation of the mobile home park and preservation of collateral in the chapter 11 proceeding.

8.      As adequate protection for the use of cash collateral, Debtor will offer a replacement lien on rents to the PCI and each secured creditor to the full extent of the value of that creditor's lien at the commencement of the case.   Further, Debtor shall provide financial reports to PCI and other secured creditors herein to provide ongoing information as to the status of operations, sales and the creation of post-petition accounts receivable.  Debtor believes that through continuous operation, it can maintain and increase the rents, preserving and maintaining the value of the business operation and thereby adequately protecting Debtor's use of cash collateral herein.

9.      Debtor requests a preliminary hearing so soon as the Court's calendar will permit to consider Debtor's request to use cash collateral consistent with the Emergency Budget. Debtor has certain necessary expenses including utilities, insurance, management fees and expenses, maintenance, etc., and Debtor has bi-weekly leased employee expense which next comes due on November 18, 2016.  Debtor requests the Court set a final hearing to consider

authorization to use cash collateral thereafter.

10.    Debtor requests the Court set a preliminary hearing to consider the use of cash collateral, for payment of those expenses identified as necessary to provide for the uninterrupted operation of the business so as to avoid immediate and irreparable harm to the estate.

**WHEREFORE**, Debtor respectfully requests the Court authorize use of cash collateral consistent with the Debtor's request as set forth in this Emergency Motion, and for all other relief just and proper in the premises.

Respectfully submitted,

HALLER & COLVIN, PC

/s/ Daniel J. Skekloff
Daniel J. Skekloff (#146-02)
444 E. Main Street
Fort Wayne, IN 46802
Telephone: (260) 426-0444
Facsimile: (260) 422-0274
E-mail: dskekloff@hallercolvin.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned, who is duly admitted to practice law in the State of Indiana and before this Court, hereby certifies that a copy of the above and foregoing was transmitted electronically through the Bankruptcy Court's ECF System, on November 10, 2016, to the following:

Leonard W. Copeland
Nancy J. Gargula
Office of the United States Trustee
One Michiana Square, Suite 555
100 E. Wayne St.
South Bend IN 46601

The undersigned further certifies that a copy of the above and foregoing was sent by first class United States mail, postage prepaid on November 10, 2016, to the following:

El Rancho of Kalamazoo Limited Partnership
c/o R. Mark Krueger
23540 Reynolds Court
Clinton Township, MI 48036

Camco Management LLC
180 High Oak, Suite 202
Southfield, MI 48034

Done Right Construction
81 E. 700 N.
Valparaiso, IN 46383

Indiana Department of Revenue
Bankruptcy Section MS 108
100 N. Senate Avenue N240
Indianapolis, IN 46204

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
c/o Deborah Leonard, Esq.
3128 Federal Building
1300 South Harrison Street
Fort Wayne, IN 46802

{31303/000/00563609-1 SMB}                                    4

Park Capital Investments, LLC
2280 E. Maple
POB 200
Walled Lake, MI 48390

PCI Meadowview LLC as assignee of
Park Capital Investments, LLC
2280 E. Maple Road
Walled Lake, MI 48390

PCI Meadowview LLC as assignee of
Park Capital Investments, LLC
c/o Densborn Blachly, LLP
500 E. 96th Street, Suite 100
Indianapolis, IN 46240

Porter County Treasurer
155 Indiana Avenue, Suite 209
Valparaiso, IN 46383


                                        /s/ Daniel J. Skekloff
                                        Daniel J. Skekloff (#146-02)

El Rancho of Kalamazoo LP
**5 week Budget**

| | 11/10-11/17 | 11/18-11/25 | 11/26-12/2 | 12/3-12/9 | 12/10-12/16 |
|---|---|---|---|---|---|
| **Beginning Balance** | | | | | |
| | 6,211.03 | 8,206.03 | 9,201.03 | 8,196.03 | 31,841.03 |
| **Income** | | | | | |
| Income -Rent MHP | 7,500.00 | 4,000.00 | 4,000.00 | 24,000.00 | 8,500.00 |
| Income Water/Sewer | 250.00 | 250.00 | 500.00 | 2,750.00 | 1,250.00 |
| Income- Misc | 750.00 | 750.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| **Total Income** | 8,500.00 | 5,000.00 | 5,500.00 | 27,750.00 | 10,750.00 |
| | | | | | |
| **Expense** | | | | | |
| 6010 · Advertising | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| 6030 · Auto | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| 6115 · Computer Services | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 |
| 6120 · Contracted Maintenance | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| 6210 · Equipment | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 |
| 6220 · Fees | 15.00 | 15.00 | 15.00 | 15.00 | 15.00 |
| 6300 · Insurance | 325.00 | 325.00 | 325.00 | 325.00 | 325.00 |
| 6340 · Leased Employee | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 |
| 6350 · Management Fee | 860.00 | 860.00 | 860.00 | 860.00 | 860.00 |
| 6360 · Miscellaneous | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 |
| 6390 · Office Supplies | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 6465 · Professional Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6470 · Rubbish | 400.00 | 400.00 | 400.00 | 400.00 | 400.00 |
| 6540 · Supplies | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 |
| 6570 · Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6630 · Telephone | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| 6661- Travel Reimbursement | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 6670 · Utilities | 1,450.00 | 1,450.00 | 1,450.00 | 1,450.00 | 1,450.00 |
| **Total Expense** | 6,505.00 | 4,005.00 | 6,505.00 | 4,105.00 | 6,505.00 |
| | | | | | |
| **Net Ordinary Income** | 1,995.00 | 995.00 | -1,005.00 | 23,645.00 | 4,245.00 |
| | | | | | |
| **Other Income/Expense** | | | | | |
| **Other Income** | | | | | |
| 8000 · Income-Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Other Expense** | | | | | |
| 8500 · Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8510 · Amortization | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8520 · Depreciation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8550 · Interest Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9000 · Suspense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Expense** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Net Income** | 1,995.00 | 995.00 | -1,005.00 | 23,645.00 | 4,245.00 |
| | | | | | |
| **Ending Balance** | 8,206.03 | 9,201.03 | 8,196.03 | 31,841.03 | 36,086.03 |

**EXHIBIT A**